UNITED STATES of America,
Plaintiff—Appellee,

v.

Gideon R. BEATTY, IV, a/k/a Bert,
a/k/a Kev, Defendant—
Appellant.

No. 09–7114.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 1, 2010.

Decided: June 4, 2010.

Gideon R. Beatty, IV, Appellant Pro Se. Zelda Elizabeth Wesley, Assistant United States Attorney, Clarksburg, West Virginia, for Appellee.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gideon R. Beatty, IV, appeals the district court's order denying his motion for a reduction in sentence under 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Beatty,* No. 1:07–cr–00066–IMK–JSK–5 (N.D.W.Va. May 19, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*